IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:24cr91-DPJ-ASH

RUSSELL LEE HARPER  18 U.S.C. § 1001(a)(2)

The United States Attorney charges:

On or about July 27, 2020, in Hinds County, in the Northern Division of the Southern District of Mississippi, the defendant, **RUSSELL LEE HARPER**, knowingly and willfully Made a materially false, fictitious, and fraudulent statement and representation to a Special Agent of the Federal Bureau of Investigation (FBI), a department or agency of the United States. Specifically, the defendant stated that he did not know anyone named Jerrell Jackson ("Jackson") or "Jell", when in truth and fact, as defendant then knew, Jackson had been a band volunteer with Callaway High School Band where the defendant had known Jackson and visited with Jackson in his apartment in Jackson, Mississippi.

All in violation of Title 18, United States Code, Section 1001(a)(2).

TODD W. GEE
United States Attorney